UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN CHENG, individually, and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware limited liability company; BMW (US) HOLDING CORP., a Delaware corporation; and BMW Aktiengesellschaft, a corporation of Germany,<br><br>Defendants. | CASE NO. CV12-09262-GAF (SHx)<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS BMW OF NORTH AMERICA, LLC AND BMW (US) HOLDING CORP.** |

By order dated July 26, 2013 (Docket No. 42), the Court granted BMW of North America, LLC's and BMW (US) Holding Corp.'s motion to dismiss the Second Amended Class Action Complaint in the above-referenced action pursuant to Rule 12(b)(6), with prejudice.

/ / /

/ / /

/ / /

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED AND ADJUDGED THAT judgment is entered |
| 2 | in favor of Defendants BMW of North America, LLC and BMW (US) Holding |
| 3 | Corp. and against Plaintiff Justin Cheng, on the Second Amended Class Action |
| 4 | Complaint. |
| 5 | Dated: August 8, 2013 |

_____
Hon. Gary A. Feess
United States District Court Judge